United States District Court
Southern District of Texas
**ENTERED**
October 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TOTAL PROPERTY SOLUTIONS, LLC §§§§§ Plaintiff. | |
| VS. §  | CIVIL ACTION NO. 3:19-CV-00388 |
| ELIZABETH RAMIREZ, ET AL., §§§§ Defendants. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 3, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A).  Dkt. 12.  On July 29, 2020, Judge Edison granted the plaintiff's request to file a motion for summary judgment (Dkt. 26), which she then filed the next day, July 30, 2020.  *See* Dkt. 27.  On October 2, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 33) recommending that the motion be granted.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record.  28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record.  Accordingly, the court orders the following:

2

(1) Judge Edison's memorandum and recommendation (Dkt. 33) is approved and adopted in its entirety as the holding of the court; and

(2) the plaintiff's motion for summary judgment (Dkt. 27) is granted.

Signed on Galveston Island this 19th day of October, 2020.

_____
JEFFREY VICENT BROWN
UNITED STATES DISTRICT JUDGE